LEGAL AID FOUNDATION OF LOS ANGELES
Manuel Villagomez, Esq., SBN 308457
mvillagomez@lafla.org
1550 W 8th St.
Los Angeles, CA 90017-4316
Tel: 213-640-3817 | Fax: 213-640-3850

DISABILITY RIGHTS EDUCATION & DEFENSE FUND
Michelle Uzeta, Esq., SBN 164402
muzeta@dredf.org
3075 Adeline Street, Suite 210
Berkeley, CA 94703
Tel: 510-644-2555 | Fax: 510-841-8645

Attorneys for Plaintiff,
Noor Tamshoona

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Noor Tamshoona,<br><br>    Plaintiff,<br><br>  v.<br><br>Beach Front Property Management, Inc.; and Does 1-10 Inclusive,<br><br>    Defendants. | Case No. 2:24-cv-00562<br><br>**JOINT STATUS REPORT RE: REASONABLE ACCOMMODATIONS, SETTLEMENT, AND WHETHER ACTION SHOULD REMAIN STAYED**<br><br>Complaint Filed: 1/22/2024<br>Amended Complaint Filed: 2/9/2024<br><br>Hon. Consuelo B. Marshall |

1

JOINT STATUS REPORT

1    Pursuant to the *Order Granting Joint Stipulation for Provision of Reasonable Accommodation and Request to Stay Proceedings*, issued on March 15, 2024, in the above-captioned proceeding, Noor Tamshoona (Plaintiff) and Beach Front Property Management, Inc. ("Defendant") (collectively, the "Parties") submit this joint status report regarding reasonable accommodations, settlement, and whether this action should remain stayed.

On April 2, 2024, Defendant provided reasonable accommodations to Plaintiff as set forth in the Parties' Stipulation (Dkt. No. 17). The Parties agree that these reasonable accommodations shall continue to remain in place through the pendency of these proceedings.

The Parties have engaged in informal settlement discussions in a good faith effort to resolve the matter. However, these discussions have not led to a settlement. At this time, Plaintiff believes that further settlement discussions would not be productive.

Therefore, the Parties request that the stay in this matter be lifted and that Defendant be ordered to file a responsive pleading to Plaintiff's Amended Complaint within 30 days after the stay is lifted.

Dated: June 13, 2024           LEGAL AID FOUNDATION OF LOS ANGELES

                               By: /s/ Manuel Villagomez
                                   Manuel Villagomez, Esq.
                                   Attorneys for Plaintiff

Dated: June 13, 2024           WILCOX DUNAKIN CHRISOPOULOS, LLP

                               By: /s/ Chad C. Wilcox
                                   Chad C. Wilcox, Esq.
                                   Attorneys for Plaintiff

# SIGNATURE ATTESTATION

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

Dated: June 13, 2024                    LEGAL AID FOUNDATION OF LOS ANGELES

By: /s/ Manuel Villagomez
  Manuel Villagomez, Esq.
  Attorneys for Plaintiff